## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**BRIAN E. McDERMOTT**
        Plaintiff
  vs.                          **CASE NUMBER: 6:11-CV-1057 (GTS/DEP)**

**JAMES CODY, Syracuse VAMC Director; MARK ANTONELLI, Syracuse VAMC HR Director; and LUCINDA WALTS, Syracuse VAMC Nurse Recruiter**
        Defendant(s)

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David E. Peebles is ACCEPTED AND ADOPTED in its entirety. Plaintiff's Complaint is hereby DISMISSED without prejudice.  Judgment is entered in favor of the defendants and this action is closed.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 27th day of January, 2012.

DATED: January 30, 2012

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk